# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3242

_____

Jewel Bond, doing business     *
as Bonds Kennel,     *
    *
    Petitioner,     *
    *   Petition for Review of
    v.     *   an Order of the United States
    *   Department of Agriculture.
United States Department     *
of Agriculture,     *   [UNPUBLISHED]
    *
    Respondent.     *

_____

Submitted: April 22, 2008
Filed: April 29, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jewel Bond petitions for review of an order of the Secretary of the United States Department of Agriculture (USDA) finding that she willfully violated the Animal Welfare Act (AWA) and ordering her to cease and desist from violating the AWA, suspending her AWA license for one year, and imposing a $10,000 civil penalty. We conclude that substantial evidence supports the Secretary's decision, see Cox v. USDA, 925 F.2d 1102, 1104 (8th Cir. 1991) (standard of review), and that the Secretary's choice of sanction is not "unwarranted in law or unjustified in fact," see

<u>Lesser v. Espy</u>, 34 F.3d 1301, 1309 (7th Cir. 1994).  Accordingly, we deny the petition for review.  <u>See</u> 8th Cir. R. 47B.

_____